UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01245-RBD-EJK

HOWARD COHAN,

     Plaintiff,

vs.


SARONA ORLANDO LEE, LLC
a Florida Limited Liability Company
d/b/a HOLIDAY INN ORLANDO AIRPORT

     Defendant(s).

_____/

## **<u>NOTICE OF SETTLEMENT</u>**

The Plaintiff, HOWARD COHAN and the Defendant, SARONA ORLANDO LEE, LLC, a Florida Limited Liability Company, d/b/a HOLIDAY INN ORLANDO AIRPORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 21, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

**By: /s/ Ashley D. Segal**
Ashley D. Segal, Esq.
Florida Bar No.: 125963
Duncan & Associates, P.A.
P.O. Box 249
Fort Meyers, Florida 33902
Telephone: 239/334-4574
Primary email:

Email: greg@sconzolawoffice.com    ashley@duncanassociatesfl.com
Email: samantha@sconzolawoffice.com  Secondary email:
Email: alexa@sconzolawoffice.com    gordon@duncanassociatesfl.com
Attorney for Plaintiff               joyce@duncanassociatesfl.com
                                     Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 21, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  **/s/ Gregory S. Sconzo**
                                  **Gregory S. Sconzo, Esq.**