**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

      Plaintiff,

v.                                    Case No:  6:22-cv-1245-RBD-EJK

SARONA ORLANDO LEE, LLC,

      Defendant.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on November 21, 2022 (Doc. 15), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 22, 2022.

ROY B. DALTON JR.
United States District Judge